722

No. —, original. Ex Parte Marine. June 3, 1935. Motion for leave to file petition for writ of mandamus denied. *Mr. Richard E. Marine, pro se.*

No. 16, original. Nebraska *v.* Wyoming. June 3, 1935. Answer of defendant is received and ordered to be filed.

No. 17, original. United States *v.* West Virginia et al. June 3, 1935. The motion for leave to file an amended and supplemental bill of complaint is denied. [*Ante,* p. 463.]

No. 726. Payne *v.* United States. April 8, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. George E. Flood* for petitioner. *Solicitor General Biggs* and *Messrs. Will G. Beardslee* and *Wilbur C. Pickett* for the United States.

No. 541. Douglas *v.* Willcuts, Collector. April 8, 1935. It appearing that a conflict of decisions has arisen since the order denying the petition for writ of certiorari herein was entered, it is ordered that the petition for rehearing herein be, and the same is hereby, granted. The order heretofore entered on January 7, 1935 [293 U. S. 626], denying the petition for writ of certiorari is vacated, and it is ordered that the petition for writ of certiorari in this case be, and the same is hereby, granted. *Mr. Clark R. Fletcher*